**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 AUG 15 PM 4:54
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

ERIC BAIRD

CASE NO. 8:18-cr-371-T-30SPF
18 U.S.C. § 554

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on an unknown date, but at least as early as in or around September 2011, and continuing until in or around August 2012, in the Middle District of Florida, the defendant,

ERIC BAIRD,

aided and abetted by other persons known and unknown to the United States Attorney, did knowingly export and send from the United States merchandise, articles, and objects contrary to any law or regulation of the United States, specifically, by knowingly failing to file export information and submitting

misleading export information contrary to 13 U.S.C. § 305(a)(1), in violation of 18 U.S.C. §§ 554 and 2.

MARIA CHAPA LOPEZ
United States Attorney

By: *(signature)*
Patrick D. Scruggs
Assistant United States Attorney

By: *(signature)*
Simon A. Gaugush
Assistant United States Attorney
Deputy Chief, Criminal Division